IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:08-CR-20004-001 |
| ) | |
| JARVIS RAY CARR, ) | |
| Defendant. ) | |

### ORDER

Before the Court is the defendant's <u>Unopposed Motion to Continue Sentencing</u> filed on October 30, 2008. IT APPEARING to the Court that the motion should be granted, it is ORDERED that the motion be, and it is hereby, granted, and the case is reset for sentencing on the 2nd day of December, 2008 at 11:00 a.m./p.m.

The Court grants this continuance based on its findings that such action will aid in the administration of justice, will serve to foster judicial economy and to preserve valuable judicial resources.

ORDERED this 31st day of October, 2008.

Hon. Robert T. Dawson
U.S. District Court Judge

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

OCT 3 1 2008

CHRIS R. JOHNSON, CLERK

BY _____
DEPUTY CLERK